# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

TUSCANY ACQUISITIONS II, LLC,

            Debtor.

Case No.: BK-S-09-14852-LBR

Chapter 11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 5

CM Painting, Inc. hereby withdraws its proof of claim, designated as Claim No. 5 filed in the above-captioned case.

Dated: 9-22, 2009

_____
(signature)

By: Chason Memmott (print name)
Its: President (title)

73203-002\DOCS_SF:66656.1